**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

IDA M. PETTUS                                                                          PLAINTIFF

v.                                        No. 4:11CV00424 JLH

ARKANSAS DEPARTMENT OF EDUCATION                                  DEFENDANT

## ORDER

    The joint motion for consolidation of related cases is granted.  Document #4.  The Clerk is

directed to transfer this action to the docket of the Honorable Susan Webber Wright, who is currently

presiding over the related case, Case No. 4:11CV00046.

    IT IS SO ORDERED this 27th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE