IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| IDA PETTUS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:11CV00046 SWW |
| | * |
| ELBERT HARVEY and LAURA BEDNAR, | * |
| in their individual capacities, | * |
| | * |
| Defendants. | * |

| | |
|---|---|
| IDA M. PETTUS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:11CV00424 SWW |
| | * |
| ARKANSAS DEPARTMENT OF | * |
| EDUCATION, | * |
| | * |
| Defendant. | * |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaints. The relief sought is denied.

DATED this 13th day of April. 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE